UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Marco Esposito-Costagliola &
Kimberly Esposito-Costagliola

Order Filed on November 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO: 17-30525

HEARING DATE:

JUDGE: MBK

CHAPTER: 13

Recommended Local Form        Followed        Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

Granted  The deadline to file schedules is extended to    November 7, 2017

Denied

United States Bankruptcy Court
District of New Jersey

In re:  
Marco Esposito-Costagliola  
Kimberly A. Esposito-Costagliola  
      Debtors

Case No. 17-30525-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 01, 2017  
                                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.  
db/jdb        +Marco Esposito-Costagliola,    Kimberly A. Esposito-Costagliola,    307 Bradford Place,    Bayville, NJ 08721-2774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          George E Veitengruber, III    on behalf of Joint Debtor Kimberly A. Esposito-Costagliola    Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
          George E Veitengruber, III    on behalf of Debtor Marco  Esposito-Costagliola    Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 5