Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–30525–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marco Esposito–Costagliola | Kimberly A. Esposito–Costagliola |
| 307 Bradford Place | 307 Bradford Place |
| Bayville, NJ 08721 | Bayville, NJ 08721 |

Social Security No.:
   xxx–xx–6562                                                xxx–xx–2088

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 8, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 8, 2017
JAN: wir

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-30525-MBK
Marco Esposito-Costagliola                                      Chapter 13
Kimberly A. Esposito-Costagliola
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Nov 08, 2017
                              Form ID: 148             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
```
db/jdb         +Marco Esposito-Costagliola,    Kimberly A. Esposito-Costagliola,   307 Bradford Place,
                 Bayville, NJ 08721-2774
517113564      +KML Law Group,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517113565      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517113566      +Ocean County Sheriff's Office,    120 Hooper Avenue,    P.O. Box 2191,
                 Toms River, NJ 08754-2191
517113569      +US Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:10     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517113562      +EDI: BANKAMER.COM Nov 08 2017 22:23:00     Bank of America Home Loans,    7105 Corporate Drive,
                 Plano, TX 75024-4100
517113563      +EDI: IRS.COM Nov 08 2017 22:23:00     Internal Revenue Service,    P.O Box 7346,
                 Philadelphia, PA 19101-7346
517113567      +EDI: DRIV.COM Nov 08 2017 22:23:00     Santander Consumer USA,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
517115828      +EDI: RMSC.COM Nov 08 2017 22:23:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517113568       EDI: AISTMBL.COM Nov 08 2017 22:23:00     TMobile Bankruptcy Team,    P.O. Box 53410,
                 Bellevue, WA 98015
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              George E Veitengruber, III    on behalf of Joint Debtor Kimberly A. Esposito-Costagliola
               Gveitengruberesq@gmail.com,   knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Debtor Marco  Esposito-Costagliola
               Gveitengruberesq@gmail.com,   knapolitano15@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```