UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Marco Esposito-Costagliola and Kimberly A. Esposito-Costagliola | Case No.: 17-30525<br><br>Chapter: 13<br><br>Judge: KAPLAN |

## ORDER DISMISSING CASE
## FOR FAILURE TO FILE MISSING DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Marco Esposito-Costagliola  
Kimberly A. Esposito-Costagliola  
     Debtors

Case No. 17-30525-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: Nov 08, 2017
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db/jdb         +Marco Esposito-Costagliola,    Kimberly A. Esposito-Costagliola,    307 Bradford Place,    Bayville, NJ 08721-2774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:  
      Albert   Russo    docs@russotrustee.com  
      George E Veitengruber, III    on behalf of Joint Debtor Kimberly A. Esposito-Costagliola Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
      George E Veitengruber, III    on behalf of Debtor Marco  Esposito-Costagliola Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
      Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                              TOTAL: 5