UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-30525 |
| Marco Esposito-Costagliola | Chapter: | 13 |
| Kimberly Esposito-Costagliola | Judge: | MBK |

### NOTICE OF PROPOSED PRIVATE SALE

__Marco Esposito-Costagliola__, Kim Esposito-Costagliola, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | U. S. Bankruptcy Court Clerk's Office<br>Clarkson S. Fisher U. S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __December 5, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | 307 Bradford Place<br>Bayville NJ 08721 |

| | |
|---|---|
| Proposed Purchaser: | John and Amanda Conte |

| | |
|---|---|
| Sale price: | 340,000.00 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | George E. Veitengruber, Attorney & Charles Klem, Four Points Realty |
| Amount to be paid: | Amount to be determined upon short sale approval |
| Services rendered: | George E. Veitengruber-Attorney<br><br>Brian Scott of Remax Re Ltd<br>Louis Calio-Crossroads Realty |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: George E. Veitengruber, III, Esq.

Address: 1720 Route 34 Suite 10 Wall NJ 07727

Telephone No.: 732 695 3303

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 17-30525-MBK
Marco Esposito-Costagliola                                          Chapter 13
Kimberly A. Esposito-Costagliola
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 1               Date Rcvd: Nov 13, 2017
                               Form ID: pdf905          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db/jdb         +Marco Esposito-Costagliola,    Kimberly A. Esposito-Costagliola,    307 Bradford Place,
                 Bayville, NJ 08721-2774
517113562      +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
517113564      +KML Law Group,    Sentry Office Plaza,   216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517166825      +Myriad Emerg Physicians,    P.O. Box 80137,    Philadelphia, FA 19101-1137
517113565      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517113566      +Ocean County Sheriff's Office,    120 Hooper Avenue,    P.O. Box 2191,
                 Toms River, NJ 08754-2191
517113567      +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517113568     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: TMobile Bankruptcy Team,      P.O. Box 53410,    Bellevue, WA 98015)
517113569      +US Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
517166823      +Volkswagon Credit,    P.O. Box 5215,    Carol Stream, IL 60197-5215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2017 22:53:27      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2017 22:53:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517113563      +E-mail/Text: cio.bncmail@irs.gov Nov 13 2017 22:53:13      Internal Revenue Service,
                 P.O Box 7346,   Philadelphia, PA 19101-7346
517166824      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 13 2017 22:53:08      Kohls,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
517115828      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 22:48:33      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Albert Russo   docs@russotrustee.com
              George E Veitengruber, III   on behalf of Joint Debtor Kimberly A. Esposito-Costagliola
               Gveitengruberesq@gmail.com,  knapolitano15@gmail.com
              George E Veitengruber, III   on behalf of Debtor Marco  Esposito-Costagliola
               Gveitengruberesq@gmail.com,  knapolitano15@gmail.com
              Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```