## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 17-30525-MBK |
| | : | | |
| Marco Esposito-Costagliola | : | Chapter: | 13 |
| Kimberly A. Esposito-Costagliola | : | | |
| | : | Judge: | Kaplan |
| Debtor(s) | : | | |
| | : | | |

### CERTIFICATION OF NO OBJECTION

I _____Alyson M. Guida_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ❑ Abandonment

- ❑ Public Sale

- ☒ Private Sale

- ❑ Settlement of Controversy

- ❑ Auctioneer Compensation

Description of Property (if applicable):
307 Bradford Place Bayville NJ 08721

JEANNE A. NAUGHTON, Clerk

Date: 11/29/2017

By: Alyson M. Guida

*rev.2/10/17*