UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Marco Esposito-Costagliola &
Kimberly A. Esposito-Costagliola

Order Filed on January 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO: 17-30525

HEARING DATE: 12/05/2017

JUDGE: MBK

CHAPTER: 13

Recommended Local Form:     Followed     Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 17, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to reinstate the case, and for good cause shown, it is

ORDERED that the debtor's request is:

1. Debtors will become current with Trustee payments within 10 days of the date of this order.
2. Debtors will provide a full copy of the deed within 10 days of the date of this order.
3. The Bar Date will reset to March 7, 2018.
4. A 341 Hearing will be requested by the Debtor within 10 days of the date of this order.

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

rev 8 1/15

2