Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–30525–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marco Esposito–Costagliola
307 Bradford Place
Bayville, NJ 08721

Kimberly A. Esposito–Costagliola
307 Bradford Place
Bayville, NJ 08721

Social Security No.:
xxx–xx–6562

xxx–xx–2088

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           2/27/18
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 19, 2018
JAN: wir

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30525-MBK
Marco Esposito-Costagliola                                                Chapter 13
Kimberly A. Esposito-Costagliola
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jan 19, 2018
                              Form ID: 132             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb         +Marco Esposito-Costagliola,    Kimberly A. Esposito-Costagliola,    307 Bradford Place,
                 Bayville, NJ 08721-2774
517113562      +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
517113564      +KML Law Group,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517166825      +Myriad Emerg Physicians,    P.O. Box 80137,   Philadelphia, PA 19101-1137
517113565      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517113566      +Ocean County Sheriff's Office,    120 Hooper Avenue,    P.O. Box 2191,
                 Toms River, NJ 08754-2191
517113567      +Santander Consumer USA,    P.O. Box 961245,   Fort Worth, TX 76161-0244
517113568     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: TMobile Bankruptcy Team,     P.O. Box 53410,    Bellevue, WA 98015)
517113569      +US Department of Education,    P.O. Box 5609,   Greenville, TX 75403-5609
517166823      +Volkswagon Credit,    P.O. Box 5215,   Carol Stream, IL 60197-5215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2018 00:31:15      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2018 00:31:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517113563      +E-mail/Text: cio.bncmail@irs.gov Jan 20 2018 00:30:58      Internal Revenue Service,
                 P.O Box 7346,   Philadelphia, PA 19101-7346
517166824      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 20 2018 00:30:51      Kohls,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
517115828      +E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2018 00:32:52      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              George E Veitengruber, III    on behalf of Joint Debtor Kimberly A. Esposito-Costagliola
               Gveitengruberesq@gmail.com, knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Debtor Marco  Esposito-Costagliola
               Gveitengruberesq@gmail.com, knapolitano15@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6