UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Marco Esposito-Costagliola &
Kimberly A. Esposito-Costagliola



Order Filed on January 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO: 17-30525

HEARING DATE: 12/05/2017

JUDGE: MBK

CHAPTER: 13

Recommended Local Form:      Followed      Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 17, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to reinstate the case, and for good cause shown, it is

ORDERED that the debtor's request is:

1. Debtors will become current with Trustee payments within 10 days of the date of this order.

2. Debtors will provide a full copy of the deed within 10 days of the date of this order.

3. The Bar Date will reset to March 7, 2018.

4. A 341 Hearing will be requested by the Debtor within 10 days of the date of this order.

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

rev.8 1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Marco Esposito-Costagliola  
Kimberly A. Esposito-Costagliola  
    Debtors

Case No. 17-30525-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 19, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.  
db/jdb      +Marco Esposito-Costagliola,   Kimberly A. Esposito-Costagliola,   307 Bradford Place,   Bayville, NJ 08721-2774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:  
       Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       George E Veitengruber, III    on behalf of Joint Debtor Kimberly A. Esposito-Costagliola Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
       George E Veitengruber, III    on behalf of Debtor Marco  Esposito-Costagliola Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
       Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                   TOTAL: 6